JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual, | Case No.: 2:21-cv-01952-PA-AS |
| Plaintiff, | *Hon. Percy Anderson* |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| RYO MUNEKATA, Trustee of the Ryo Munekata Family Trust, dated July 1, 1964; YOOKI MUNEKATA, Trustee of the Ryo Munekata Family Trust, dated July 1, 1964; FIRST CHOICE WINE, INC., a California corporation and DOES 1-10, | Action Filed:  March 3, 2021<br>Trial Date:    Not on Calendar |
| Defendants. | |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to <u>Fed. R. Civ. P. 41</u>, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendants Ryo Munekata, Yooki Munekata, and First Choice Wine, Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  April 9, 2021

_____
Percy Anderson
United States District Judge

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE